# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number <u>08–52460–gwz</u>**
**Adversary Case Number <u>10–05034–gwz</u>**

In re:
    ALBERT A. ALVAREZ and DEBORAH L. ALVAREZ ,
                Debtor(s)

    ALBERT A. ALVAREZ, et al
                Plaintiff(s)

    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al
                Defendant(s)

Summons Issued To: <u>AMERICA'S SERVICING COMPANY</u>

## AMENDED SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of the Clerk: |
| --- |
| Clerk, U.S. Bankruptcy Court<br>300 Booth Street<br>Reno, NV 89509 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
| --- |
| TORY M. PANKOPF<br>611 SIERRA ROSE DRIVE<br>RENO, NV 89511 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**YOU ARE NOTIFIED** that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

Courtroom Address:

Courtroom 3 , 300 Booth Street
Reno, NV 89509

Date:   8/25/10     Time:   9:00 AM

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 7/9/10                                                    BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

# CERTIFICATE OF SERVICE

## COMPLAINT, SUMMONS, STANDARD DISCOVERY PLAN AND SCHEDULING ORDER PACKET

**Bankruptcy Case Number 08–52460–gwz**
**Adversary Case Number 10–05034–gwz**

In re:
    ALBERT A. ALVAREZ and DEBORAH L. ALVAREZ ,
              Debtor(s)

    ALBERT A. ALVAREZ, et al
              Plaintiff(s)

    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al
              Defendant(s)

Hearing Date:   8/25/10
Hearing Time:   9:00 AM

I, _____, certify that I am, and at all times during the service of process, was
          (name)
not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on
_____ by:
      (date)

☐ Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: (Describe briefly)                                     (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: _____        Signature:_____

Print Name: _____
Business Address:_____
City: _____ State: _____ Zip: _____