# CERTIFICATE OF SERVICE

## COMPLAINT, SUMMONS, STANDARD DISCOVERY PLAN AND SCHEDULING ORDER PACKET

Bankruptcy Case Number <u>08–52460–gwz</u>
Adversary Case Number <u>10–05034–gwz</u>

In re:
    ALBERT A. ALVAREZ and DEBORAH L. ALVAREZ,
                Debtor(s)

ALBERT A. ALVAREZ, et al
                Plaintiff(s)

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al
                Defendant(s)

Hearing Date:  8/25/10
Hearing Time:  9:00 AM

I, **Tory Pankopf** (name), certify that I am, and at all times during the service of process, was not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on **7/9/2010** (date) by:

☒ Mail Service: ~~Regular~~ **certified, Return Receipt Requested**, first class United States mail, postage fully pre-paid, addressed to: **Wells Fargo Home Mortgage, Inc., dba America's Servicing Company, c/o Peter J. Wissinger, as President, 1 Home Campus, Des Moines, IA 50328-001**

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: (Describe briefly)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: **7/9/2010**     Signature: *Tory Pankopf*

Print Name: **Tory Pankopf**
Business Address: **611 Sierra Rose Dr**
City: **Reno**     State: **NV**     Zip: **89511**