# CERTIFICATE OF SERVICE

## COMPLAINT, SUMMONS, STANDARD DISCOVERY PLAN AND SCHEDULING ORDER PACKET

Bankruptcy Case Number <u>08–52460–gwz</u>
Adversary Case Number <u>10–05034–gwz</u>

In re:
    ALBERT A. ALVAREZ and DEBORAH L. ALVAREZ,
                Debtor(s)

    ALBERT A. ALVAREZ, et al
               Plaintiff(s)

    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al
                Defendant(s)

Hearing Date: 8/25/10
Hearing Time: 9:00 AM

I, __Tory Pankopf__ (name), certify that I am, and at all times during the service of process, was not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on __7/9/2010__ (date) by: _Certified, Return Receipt Requested_

[X] Mail Service: ~~Regular,~~ first class United States mail, postage fully pre-paid, addressed to: _R.K. Arnold, President / Mortgage Electronic Registration Systems, Inc. 1818 Library St, #300 Reston VA 20190_

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: (Describe briefly)

[ ] State Law: The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: (Describe briefly)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: __7/9/2010__       Signature: _Tory Pankopf_

Print Name: __Tory Pankopf__
Business Address: __611 Sierra Rose Dr__
City: __Reno__ State: __NV__ Zip: __89511__