**TORY M. PANKOPF, ESQ., SBN 202581**
**TORY M. PANKOPF, LTD.**
611 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (530) 725-8263
Facsimile: (530) 725-8264
**tppankopf@sbcglobal.net**

Attorneys for Plaintiffs/Debtors,
ALBERT & DEBORAH ALVAREZ

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ALBERT ALVAREZ and<br>DEBORAH ALVAREZ,<br><br>        Debtors. | CASE NO: BK-S-08-52460-gwz<br>Voluntary Chapter 7<br><br>**ADVERSARY PROCEEDING NO.**<br><br>       **10-05034** |
| ALBERT ALVAREZ and<br>DEBORAH ALVAREZ,<br><br>        Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and AMERICA'S SERVICING COMPANY,<br><br>        Defendants. | Date:<br>Time: |

////

////

Notice of Pendency of Action

## NOTICE OF PENDENCY OF ACTION

PLEASE TAKE NOTICE that Plaintiffs ALBERT ALVAREZ and DEBORAH ALVAREZ (hereinafter "Plaintiffs" or "Alvarez"), have filed an action, which is now pending before the United States Bankruptcy Court for the Northern District of Nevada, against MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and AMERICA'S SERVICING COMPANY (collectively, "Defendants"). in the Property described in the Complaint adverse to Alvarezs' Title, or any Cloud on Alvarezs' Title thereto, and concerning and affecting real property as described herein.

All that certain real property situate in the County of Washoe, State of Nevada, described as follows:

**LOT 19, IN BLOCK J, AS SHOWN ON THE MAP OF VISTA DEL ORO SUBDIVISION UNIT NO. 6A, FILED IN THE OFFICE OF THE COUNTY RECORDER FOR WASHOE COUNTY, NEVADA, ON AUGUST 15, 1969.**

**Parcel ID Number : 028-411-17 which currently has the address of 592 Penny Way, Sparks, Nevada, 89431.**

The purpose of Johnson's action, among other purposes, is to determine the parties' rights as they pertain to possession of the real property.

DATED: This 7th day of August, 2010          *Tory M. Pankopf, Ltd.*

By:  /S/ TORY M. PANKOPF
     TORY M. PANKOPF, ESQ.
     Attorney for Plaintiffs,
     ALBERT and DEBORAH ALVAREZ

Law Offices of
**Tory M. Pankopf, Ltd.**
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

- 2 -

Notice of Pendency of Action

**CERTIFICATE OF SERVICE**

Pursuant to *NRCP 5(b)*, I certify that I am an employee of TORY M. PANKOPF, LTD., and that on this day, I deposited for mailing at Reno, Nevada, a true and correct copy of:

**NOTICE OF PENDENCY OF ACTION**

**UPON:**

| Wells Fargo Home Mortgage Inc, dba America's Servicing Company c/o Peter T Wissinger, as President 1 Home Campus Des Moines, IA  50328-001 | R.K. Arnold, President Mortgage Electronic Reg. Systems, Inc. 1818 Library St., #300 Reston, VA  20190 |
|---|---|

**VIA:**   U.S. Mail

DATED:  This 7th day of August, 2010.

　　　　　　　　　　　　　　　___/S/ TORY PANKOPF_____
　　　　　　　　　　　　　　　　　Tory Pankopf

Law Offices of
Tory M. Pankopf, Ltd.
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

- 3 -

Notice of Pendency of Action