RECEIVED AND FILE
2010 AUG 18 AM 9:09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re ALBERT and DEBORAH ALVAREZ, <br><br>   Debtors. <br><br> ALBERT and DEBORAH ALVAREZ, <br><br>   Plaintiffs, <br> v. <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and AMERICA'S SERVICING COMPANY, <br><br>   Defendants. | CASE NO: BK-S-08-52460-gwz <br> Chapter 7 <br><br> Adv. Proc. No. 10-05034 |

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name: **Mortgage Electronic Registration Services, Inc.**

Therefore, default is entered against the defendant as ajuthorized by Federal rule of Bankruptcy Procedure 7055.

**MARY A. SCHOTT, CLERK**
*Clerk of the Bankruptcy Court*

8/18/10
Date

By: _____
Deputy Clerk