**Entered on Docket
December 14, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,

Attorney for Defendants

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-N-08-52460-gwz |
| | Voluntary Chapter 7 |
| ALBERT ALVAREZ and DEBORAH ALVAREZ | |
| | Adversary No.: 10-05034-GWZ |
| | Date: December 1, 2010 |
| | Time: 10:00 a.m. |
| Debtor(s), | |
| ALBERT ALVAREZ and DEBORAH ALVAREZ, | |
| Plaintiff(s), | |
| v. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and AMERICA'S SERVICING COMPANY, | |
| Defendant(s). | |

## ORDER GRANTING MOTION TO SET ASIDE DEFAULTS

This matter have come before this Court on December 1, 2010, upon the Defendants' Motion To Set Aside Default, and no opposition filed and no one having appeared to oppose said Motion, the Court having reviewed the papers and pleadings on file herein, and the court having been fully advised in the premises and good cause appearing,

IT IS HEREBY ORDERED, ADJUGED AND DECREED that the Motion To Set Aside Defaults is GRANTED.

Submitted by:
**WILDE & ASSOCIATES**

By _____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
Tory M. Pankopf, Esq.
TORY M. PANKOPF LTD.
611 Sierra Rose Dr.
Reno, NV 89511

Attorney for Debtor(s)

Nevada Bar No:_____

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    \_\_\_\_ The court has waived the requirements set forth in LR 9021(b)(1).

    **X** No party appeared at the hearing or filed an objection to the motion.

    \_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

    \_\_\_\_ approved the form of this order      \_\_\_\_ disapproved the form of this order

    \_\_\_\_ waived the right to review the order and/or      \_\_\_\_ failed to respond to the document

    \_\_\_\_ appeared at the hearing, waived the right to review the order

    \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

    \_\_\_\_ approved the form of this order      \_\_\_\_ disapproved the form of this order

    \_\_\_\_ waived the right to review the order and/or      \_\_\_\_ failed to respond to the document

    \_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor